UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CMS Energy Corporation, et al.,

Plaintiff(s),

Case No. 1:26-cv-03168

v.

HON.

Jonathan Brater, et al.

Defendant(s).
______________________________/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, CMS Energy Corporation (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes ☐ No
2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:
4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 11/5/2026

/s/ Stephen J. van Stempvoort
(Signature)

Miller Johnson
45 Ottawa Avenue, SW - Suite 1100
Grand Rapids, MI 49503
(616) 831-1700