UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY COMPANY, et al.,

Plaintiffs,

v.

JONATHAN BRATER, et al.,

Defendants.
________________________________/

Case No. 1:26−cv−03168−RJJ−SJB

Hon. Robert J. Jonker

**NOTICE REGARDING ASSIGNMENT OF CASE**

NOTICE is hereby given that the above−captioned case was filed in this court on November 5, 2026 . The case has been assigned to Robert J. Jonker .

CLERK OF COURT

Dated: November 5, 2026

By: /s/ M. Carlson
Deputy Clerk