**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CMS ENERGY CORPORATION; CONSUMERS ENERGY COMPANY; DTE ENERGY COMPANY; DTE ELECTRIC COMPANY; DTE GAS COMPANY; CMS ENERGY CORPORATION EMPLOYEES FOR BETTER GOVERNMENT; DTE ENERGY COMPANY POLITICAL ACTION COMMITTEE; CASE LANCASTER; and AYESHA LANCASTER,

Plaintiffs,

v.

JONATHAN BRATER, in his official capacity as the Director of the Michigan Bureau of Elections; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, or her successor in office; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan, or her successor in office,

Defendants,

and

MICHIGANDERS FOR MONEY OUT OF POLITICS BALLOT COMMITTEE, CLEAN WATER ACTION, VOTERS NOT POLITICIANS, and JOANNA WHALEY,

Proposed Intervenor-Defendants.
_____________________________________/

Case No. 1:26-cv-03168

Hon. Robert J. Jonker

Magistrate Judge Sally J. Berens

**CERTIFICATE REGARDING MOTION CONCURRENCE**
(W.D. Mich. LCivR 7.1(d)(ii)(B))

The undersigned counsel certifies that on Thursday, November 5, 2026, counsel for Proposed Intervenor-Defendants sought concurrence in this intervention motion from counsel for the parties. Because Plaintiffs have a pending motion for a preliminary injunction, the undersigned

counsel asked counsel for the parties to respond as quickly as possible and offered to discuss. Stephen J. van Stempvoort, counsel for Plaintiffs, informed the undersigned counsel by email that Plaintiffs intervention. Heather Meingast, counsel for the State Defendants, informed the undersigned counsel by email that, consistent with the State's usual practice, Defendants do not concur in the motion but will not oppose it.

Dated: November 9, 2026

Respectfully submitted,

s/ Samuel R. Bagenstos
Samuel R. Bagenstos (P73971)
625 S. State St.
Ann Arbor, MI 48109
(857) 231-1663
sbagen@gmail.com

Stephanie Command*
Tracey Wigglesworth*
1215 K, Suite 2000
Sacramento, California 95814
stephanie@tpl.group
tracey@tpl.group
(916) 674-6440

Counsel for Proposed Intervenor-Defendants