**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CMS ENERGY CORPORATION; CONSUMERS ENERGY COMPANY; DTE ENERGY COMPANY; DTE ELECTRIC COMPANY; DTE GAS COMPANY; CMS ENERGY CORPORATION EMPLOYEES FOR BETTER GOVERNMENT; DTE ENERGY COMPANY POLITICAL ACTION COMMITTEE; CASE LANCASTER; and AYESHA LANCASTER,

Plaintiffs,

v.

JONATHAN BRATER, in his official capacity as the Director of the Michigan Bureau of Elections; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, or her successor in office; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan, or her successor in office,

Defendants,

and

MICHIGANDERS FOR MONEY OUT OF POLITICS BALLOT COMMITTEE, CLEAN WATER ACTION, VOTERS NOT POLITICIANS, and JOANNA WHALEY,

Proposed Intervenor-Defendants.
______________________________________/

Case No. 1:26-cv-03168

Hon. Robert J. Jonker

Magistrate Judge Sally J. Berens

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Proposed Intervenor-Defendant Michiganders for Money Out of Politics Ballot Committee ("MMOP") makes the following disclosure:

MMOP is a ballot question committee registered with the Michigan Department of State under the Michigan Campaign Finance Act, MCL 169.201 *et seq.* (Committee ID No. 0606934). MMOP is an unincorporated committee, not a corporation, and it has no stock. MMOP submits this disclosure statement out of an abundance of caution.

1. Is party a publicly held corporation or other publicly held entity?

   ☐ Yes ☒ No

2. Does party have any parent corporations?

   ☐ Yes ☒ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Not applicable.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   ☐ Yes ☒ No

   If yes, identify all such owners: Not applicable.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ☐ Yes ☒ No

   If yes, identify entity and nature of interest: Not applicable.

Dated: November 9, 2026

Respectfully submitted,

s/ *Samuel R. Bagenstos*
Samuel R. Bagenstos (P73971)
625 S. State St.
Ann Arbor, MI 48109
857-231-1663
sbagen@gmail.com

Stephanie Command*
Tracey Wigglesworth*
1215 K, Suite 2000
Sacramento, California 95814
stephanie@tpl.group
tracey@tpl.group
(916) 674-6440

Counsel for Proposed Intervenor-Defendants

* *Application for admission forthcoming*