UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CMS ENERGY CORPORATION, *et al.*,<br>Plaintiffs,<br><br>-v-<br><br>JONATHAN BRATER, in his official capacity as the Director of the Michigan Bureau of Elections, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-3168<br><br>Honorable Paul L. Maloney |

**ORDER REGARDING RESPONSE TO MOTION**

Pending before the court is Proposed Intervenor-Defendants' Motion to Intervene. ECF No. 14. Plaintiff must file its response by noon on Friday, November 20, 2026.

Dated: November 13, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge