UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CMS ENERGY CORPORATION; CONSUMERS ENERGY COMPANY; DTE ENERGY COMPANY; DTE ELECTRIC COMPANY; DTE GAS COMPANY; CMS ENERGY CORPORATION EMPLOYEES FOR BETTER GOVERNMENT; DTE ENERGY COMPANY POLITICAL ACTION COMMITTEE; CASE LANCASTER; and AYESHA LANCASTER,

Plaintiffs,

v

JONATHAN BRATER, in his official capacity as the Director of the Michigan Bureau of Elections; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, or her successor in office; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan, or her successor in office,

Defendants,

and

CLEAN WATER ACTION,

Intervening-Defendant.

No. 26-cv-3168

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANTS AND INTERVENING DEFENDANT TO FILE FIRST RESPONSIVE PLEADINGS**

The parties, by and through their respective counsel, hereby stipulate to extend the deadline for Defendants and the Intervening Defendant to file their first responsive pleading, along with any responses to the pending preliminary injunction motion, to December 4, 2026.

*/s/Stephen J. van Stempvoort (w/consent)*
Stephen J. van Stempvoort
Attorney for Plaintiffs

Dated: November 25, 2026

*/s/Heather S. Meingast*
Heather S. Meingast (P55439)
Attorney for Defendants

Dated: November 25, 2026

*/s/Samuel R. Bagenstos (w/consent)*
Samuel R. Bagenstos (P73971)
Attorney for Intervening Defendant

Dated: November 25, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CMS ENERGY CORPORATION; CONSUMERS ENERGY COMPANY; DTE ENERGY COMPANY; DTE ELECTRIC COMPANY; DTE GAS COMPANY; CMS ENERGY CORPORATION EMPLOYEES FOR BETTER GOVERNMENT; DTE ENERGY COMPANY POLITICAL ACTION COMMITTEE; CASE LANCASTER; and AYESHA LANCASTER,

Plaintiffs,

v

JONATHAN BRATER, in his official capacity as the Director of the Michigan Bureau of Elections; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan, or her successor in office; and JOCELYN BENSON, in her official capacity as Secretary of State of the State of Michigan, or her successor in office,

Defendants,

and

CLEAN WATER ACTION,

Intervening-Defendant.

No. 26-cv-3168

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**ORDER**

This matter having come before this Honorable Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised in the premises, it is hereby ordered that the deadline for filing Defendants' and the

Intervening Defendant's first responsive pleading, along with any responses to the pending preliminary injunction motion, shall be extended to December 4, 2026.

SO ORDERED.

______________________________
HON. PAUL L. MALONEY
U.S. District Court Judge

Dated:________________